In The US District Court for
The Southern District of GA.
Savannah Division

2022 JUL 11 A 9:37

Tsaddiq N. Chew

v.

U.S. of A

Case Nos.
#CV420-142
#CR415-182

Motion For Extention of Time

Due to circumstances unforseen I have been placed on Special housing in isolation. I am not being allowed any contact with the population of the prison for legal and or otherwise. I have written Sevel request for my personal legal papers and they have all been denied. I was made aware by the Medical

staff and the Lieutenat of the Special Housing that I will be released off of isolation on the 22nd of July but they are not sure if I will be transfered to another facility pending Medical reasoning. I am asking for another 30-day extention beyond the date of July 14th 2022. Please and Thank you. In the event that I am transfered I would also need an additional 60-day extention. (15-30 days to transfere & 15-30 days to recieve my property & Complete my objection to the Magistrate Judge's Report and Recomendation). I look

forward to hearing from you and again I thank Your Honor for your patience with Me.

Respectfully Submitted,
July 4th, 2022

*[signature]*

TSADDIQ NOESHA CHEW
#19599-021  SHU #207
Bennettsville Federal
Correctional Institution
Bennettsville, S.C. 29512

Tsaddiq N. Chew
#19599-021
Bennettsville Federal
Correctional Institution
P.O. Box 52020
Bennettsville, S.C. 29512



COLUMBIA SC 290
07 JUL 2022 PM 4 L

Clerk, U.S. District
Court
P.O. Box #1130
Augusta, GA. 30903