U.S. District Court
Southern District of Georgia
Savannah Division

| Tsaddig Ndesha Chew | CV-420-142 |
| v. | CR-415-182 |
| U.S. of A | (label) |

Response, objections, & oral argument to Magistrate Judges Report & Recomendations.

The defendant, Tsaddig N. Chew, through prose motions hereby moves this Honorable Court reduce, vacate, set aside, and or correct his sentence.

## Statement of Case

I am presently 33 years old. I am serving a 188 month sentence for possession of a firearm by a convicted felon (armed career criminal) and possession with intente to distribute cocaine base. I was arrested on October 1, 2015 and pled guilty and was sentenced on April 29, 2016 (See U.S. V. Chew, T Case No. 415CR00182-1)

I am currently serving my sentence at the Federal

correctional Institute in Bennettsville, South Carolina ("FCI Bennettsville") and as of now my earliest release date is projected as September 30, 2029. During my incarceration, I have been notified by Federal News Letter about a provision that states "Youth Matters in Sentencing".

## Argument

The U.S. Supreme Court upholds that "Youth Matters in Sentencing". Jones v. Mississippi - U.S. 141 S. Ct 1307, 1314, 209 L.ED. 2d 390 (2021) (Also See: Sentencing Juvenile offenders; Head Note #6)

Looking at my P.S.I. two of the charges used as predicate offenses; OCGA 16-13-30 Date: May [23], 2006 and OCGA 16-13-30 Date: August [23], 2006 occured while I was not an adult I.E. 18 years or older. The judge should uphold that "Youth matters in Sentencing". [2022 U.S. App Lexis 559 U.S. v. Williamson January 7, 2022]

Because my case presents factual circumstances I respectfully request that the Court reduce, vacate,

set aside, and or correct my sentence.

## Prayer for Relief

Once this Court finds the circumstances factual; reduction, vacation, correction, or to set aside my sentence would not deminish the seriousness of the offense, respect for the law, or the goal of providing just punishment. The time already served has met many of the original sentencing goals of deterrence and incapacitation.

## Conclusion

The District Courts and Your Honor should agree that I do not qualify as a Career and or armed career offender under the guidelines. The Petitioner was not over 17 years of age at the time of two of his predicate offenses. For the foregoing reasons, I respectfully request that this Court grant my motion.

Respectfully Requested this 20th day of August, 2022

*Tsaddiq Chew* pro se

TSADDIQ N. CHEW pro se
#19599-021 SHU-A∪ / #208L
Bennettsville Federal
Correctional Institution
P.O. Box # 52020
Bennettsville, S.C. 29512

## Verification

I TSADDIQ N. CHEW, hereby verify that the information provided herein, is true and accurate to the best of my knowledge under penalty of perjury. Title 28 USC § 1746; 18 USC § 1621

Executed on this 20th day of August, 2022

*Tsaddiq N. Chew*
#19599-021
FCI Bennettsville
P.O. Box #52020
Bennettsville, S.C. 29512

Certificate of Service

I, Tsaddiq Ndesha Chew, hereby certify that since FCI Bennettsville is under a COVID-19 Disease prevention measure modified operation, I am unable to serve the Government a copy of the foregoing due to the lack of sufficient resources. Accordingly, I request the Court serve a copy of the foregoing to the AUSA on Record.

Executed on this 20th day of August, 2022.

*TSADDIQ N. Chew*
#19599-021
FCI Bennettsville
P.O. Box #52020
Bennettsville, SC 29512

Tsaddiq N. Chew
#19549-021 SHU-AU/#208
Bennettsville Federal
Correctional Institution
P.O. Box # 52020
Bennettsville, SC 29512



U.S. District Court
Southern District of GA.
Savannah Division
P.O. BOX #1636
BRUNSWICK, GA. 31521

31521-163636