AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

TSADDIQ NDESHA CHEW,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  CV 420-142
                               CR 415-182

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's November 17, 2022 Order overruling Petitioner's objections and adopting the Magistrate Judge's Report and Recommendation as the opinion of the Court, Petitioner's motion under 28 U.S.C. § 2255 is denied, and this action is dismissed.  No Certificate of Appealability should issue.  This case stands closed.



11/17/2022
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020